

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00176-CR

| | | |
|---|---|---|
| KENDRA PHILLIANA MAXION, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1398848D) |
| | § | April 4, 2019 |
| V. | § | Opinion by Justice Bassel |
| | § | Concurrence and Dissent by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing the State's motion for rehearing, we deny the motion. We withdraw our December 31, 2018 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. We delete $555 from the order to withdraw funds so that it reflects that $0 should be withdrawn from appellant's inmate trust account, and we delete the line in the trial court's judgment that states,

"REPARATIONS IN THE AMOUNT OF $555."  It is ordered that the judgment of

the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Dabney Bassel
     Justice Dabney Bassel